UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SIMRANJIT CHATHA,<br><br>        Defendant-Appellant,<br><br>   v.<br><br>DOUGLAS WHATLEY, Chapter 7 Trustee,<br><br>        Plaintiff-Appellee. | No. 2:19-cv-2129 WBS<br><br>Bankr. Adv. No. 18-2102-B<br><br><u>ORDER RELATING CASES</u> |
| SIMRANJIT CHATHA,<br><br>        Defendant-Appellant,<br><br>   v.<br><br>DOUGLAS WHATLEY, Chapter 7 Trustee,<br><br>       Plaintiff-Appellee | No. 2:19-cv-2341 KJM<br><br>Bankr. Adv. No. 18-2102-B |

1

| | |
|---|---|
| 1 | ----oo0oo---- |
| 2 | Examination of the above-entitled actions reveals that |
| 3 | they are related within the meaning of Local Rule 123(a), because |
| 4 | they involve the same parties and are appeals from the same |
| 5 | judgment of the bankruptcy court.  Accordingly, the assignment of |
| 6 | the matters to the same judge is likely to effect a substantial |
| 7 | saving of judicial effort and is also likely to be convenient for |
| 8 | the parties. |
| 9 | The parties should be aware that relating the cases |
| 10 | under Local Rule 123 merely has the result that both actions are |
| 11 | assigned to the same judge; no consolidation of the actions is |
| 12 | effected.  Under the regular practice of this court, related |
| 13 | cases are generally assigned to the judge to whom the first filed |
| 14 | action was assigned. |
| 15 | IT IS THEREFORE ORDERED that the actions denominated |
| 16 | Chatha v. Whatley, 2:19-cv-2129 WBS, and Chatha v. Whatley, 2:19- |
| 17 | cv-2341 KJM, be, and the same hereby are, deemed related.  The |
| 18 | case denominated Chatha v. Whatley, 2:19-cv-2341 KJM, shall be |
| 19 | reassigned to the Honorable WILLIAM B. SHUBB.  Any dates |
| 20 | currently set in the reassigned case only are hereby VACATED. |
| 21 | Henceforth, the captions on documents filed in the reassigned |
| 22 | case shall be shown as Chatha v. Whatley, 19-cv-2341 WBS. |
| 23 | IT IS FURTHER ORDERED that the Clerk of the Court make |
| 24 | an appropriate adjustment in the assignment of cases to |
| 25 | compensate for this reassignment. |
| 26 | Dated:  November 25, 2019 |
| 27 | |
| 28 | WILLIAM B. SHUBB<br>UNITED STATES DISTRICT JUDGE |